| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>❑ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br><br>Joseph D Lujan | CASE NO.: |
|---|---|
| | CHAPTER: Chapter 7 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ❑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11/30/2022     Joseph D Lujan        _____
                Printed name of Debtor 1        Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ❑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ❑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ❑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     _____     _____
                Printed name of Debtor 2        Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC



8:48 ✓

‹ Back    IHSS Website - Login

▦ IHSS    ⏏ Logout

☰ Menu

‹

← Payment Details

**Payment Overview**    ‹

**Recipient Name:** JOSEPH LUJAN

**Recipient ID:** 0396654

**Payment Type:** IHSS

**Claimed:** 60:00

**Pay Period:** 10/01/2022 - 10/15/2022

**Submit Date:** 11/01/2022

**Status:** Payment Deposited

**Status Date:** 11/02/2022

**Net Amount:** $779.13

Email Copy    ↓ Download Pay Stub

**Payment Details**    ‹



8:41 ✓

‹ Back    IHSS Website - Login

▦ IHSS    ⏏ Logout

☰ Menu

‹

← Payment Details

**Payment Overview**    ‹

**Recipient Name:** JOSEPH LUJAN

**Recipient ID:** 0396654

**Payment Type:** IHSS

**Claimed:** 60:00

**Pay Period:** 06/01/2022 - 06/15/2022

**Submit Date:** 07/01/2022

**Status:** Payment Deposited

**Status Date:** 07/05/2022

**Net Amount:** $769.62

Email Copy    ↓ Download Pay Stub

**Payment Details**    ‹







8:41

‹ Back    IHSS Website - Login

| Earnings | Current | Year-to-Date |
|---|---|---|
| Regular | $930.00 | $11,374.32 |
| Overtime | $0.00 | $0.00 |
| Total Gross | $930.00 | $12,323.82 |
| Net Pay | $769.62 | $10,937.82 |

| Deductions | Current | Year-to-Date |
|---|---|---|
| Federal | $0.00 | $0.00 |
| State | $0.00 | $0.00 |
| FICA | $57.66 | $764.08 |
| Medicare | $13.49 | $178.70 |
| SDI/DIEC | $10.23 | $135.56 |
| Dues | $49.00 | $157.66 |
| Health Trust | $30.00 | $150.00 |
| Total Deductions | $160.38 | $1,386.00 |



8:49

‹ Back    IHSS Website - Login

☰ Menu    ⇥ Logout

■■ IHSS

‹ Payment Details

**Payment Overview**    ‹

Recipient Name: JOSEPH LUJAN
Recipient ID: 0396654
Payment Type: IHSS
Claimed: 60:00
Pay Period: 11/16/2022 - 11/30/2022
Submit Date: 12/01/2022
Status: Payment Deposited
Status Date: 12/02/2022
Net Amount: $848.62

Email Copy    ⇩ Download Pay Stub

**Payment Details**    ‹











8:46

< Back    IHSS Website - Login    Logout

≡ Menu    ■■ IHSS

← Payment Details

Payment Overview

**Recipient Name:** JOSEPH LUJAN

**Recipient ID:** 0396654

**Payment Type:** IHSS

**Claimed:** 60:38

**Pay Period:** 09/01/2022 - 09/15/2022

**Submit Date:** 10/02/2022

**Status:** Payment Deposited

**Status Date:** 10/04/2022

**Net Amount:** $788.09

Email Copy    ⤓ Download Pay Stub

Payment Details



8:46

< Back    IHSS Website - Login    Logout

≡ Menu    ■■ IHSS

← Payment Details

Payment Overview

**Recipient Name:** JOSEPH LUJAN

**Recipient ID:** 0396654

**Payment Type:** IHSS

**Claimed:** 59:00

**Pay Period:** 08/16/2022 - 08/31/2022

**Submit Date:** 09/01/2022

**Status:** Payment Deposited

**Status Date:** 09/02/2022

**Net Amount:** $834.48

Email Copy    ⤓ Download Pay Stub

Payment Details

